IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MARIA OROZCO, et al.,,** | § | |
| | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. **3:15-CV-2800-L** |
| | § | |
| **ANAMIA'S TEX-MEX INC.,** | § | |
| | § | |
| Defendant. | § | |

## <u>ORDER</u>

Before the court is Plaintiffs' Motion for Equitable Tolling  (Doc. 48), filed June 14, 2016.

On October 6, 2016, United States Magistrate Judge Renee Harris Toliver entered the Findings,

Conclusions, and Recommendation of the United States Magistrate Judge ("Report") recommending

that Plaintiffs' Motion for Equitable Tolling be denied.  No objections were filed to the Report.

Having reviewed the file, record in this case, and Report, the court determines that the findings and

conclusions of the magistrate judge are correct, and **accepts** them as those of the court.  Accordingly,

the court **denies** Plaintiffs' Motion for Equitable Tolling  (Doc. 48).

**It is so ordered** this 27th day of October, 2016.

Sam A. Lindsay
United States District Judge

**Order – Solo Page**