## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| MARIA OROZCO, KARINA MARTINEZ, individually and behalf of other similarly situated employees and former employees of Defendant, | § § § § § | |
| Plaintiffs, | § § | Civil Action No.: 3:15-cv-02800-L |
| v. | § § | |
| ANAMIAS TEX-MEX, INC., | § § | |
| Defendant. | § | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Emilio Fuentes, the remaining Plaintiff ("Plaintiff") in the above-captioned action, hereby files this Joint Motion to Dismiss with Prejudice along with Defendant Anamia's Tex-Mex, Inc. ("Anamia's") (collectively, "the Parties"). The Parties agree that all claims the Parties alleged or could have alleged in this case should be dismissed with prejudice. Therefore, the Parties respectfully request that the Court grant this Motion and dismiss all of their claims with prejudice, with the parties to bear their own costs and attorneys' fees.

Respectfully Submitted,

/s/ *Rhoda Appiah-Boateng*
Rhoda B. Appiah-Boateng
Texas Bar No. 24049814
Caroline Ibironke
Texas Bar No. 24050803
AI LEGAL GROUP, PLLC
6060 North Central Expressway, Suite 560
Dallas, Texas 75206
Tel.: 866-496-5015
Fax: 866-496-5041
e-mail: caroline@ailegalgroup.com
e-mail: Rhoda@ailegalgroup.com

**ATTORNEYS FOR PLAINTIFFS**

/s/            *Paul W. Denney*
David T. Denney
Texas Bar No. 24032128
E-mail: David@FoodBevLaw.com
Paul W. Denney
Texas Bar No. 24040794
E-mail: Paul@DenneyLaw.com
THE LAW OFFICES OF DAVID T. DENNEY, PC
8350 N. Central Expressway, Suite 1050
Dallas, Texas 75206
Ph: 214.739.2900
Fx: 214.739.2909

**ATTORNEYS FOR DEFENDANT
ANAMIA'S TEX-MEX, INC.**